J. A29033/14

2015 PA Super 14

DONNA VARNER-MORT AND : IN THE SUPERIOR COURT OF
DANIEL MORT, H/W, : PENNSYLVANIA
:
Appellants :
:
v. :
:
BRIDGET KAPFHAMMER : No. 261 WDA 2014

Appeal from the Order, January 24, 2014,
in the Court of Common Pleas of Blair County
Civil Division at No. 2011 GN 2170

BEFORE: FORD ELLIOTT, P.J.E., ALLEN AND STRASSBURGER,* JJ.

CONCURRING STATEMENT BY FORD ELLIOTT, P.J.E.:

**FILED JANUARY 21, 2015**

I concur in the result reached by the Majority because I disagree with the suggestion that the holding in **Walls v. Scheckler**, 700 A.2d 532 (Pa.Super. 1997), was "just plain wrong." To the contrary, I believe a unanimous panel of this court correctly decided **Walls**, and allowance of appeal was denied by our Supreme Court in 1998. My research has disclosed no other appellate decision which calls into question its holding.[1]

---

* Retired Senior Judge assigned to the Superior Court.

[1] **Walls** was distinguished in **Haines v. Jones**, 830 A.2d 579 (Pa.Super. 2003), based on the facts unique to the **Haines** case.